DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHERYL KUCZYNSKI** and **GERARD KUCZYNSKI,**
Appellants,

v.

**GEORGE FERNANDEZ,**
Appellee.

No. 4D2023-1968

[July 18, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Bradley G. Harper, Judge; L.T. Case No. 502014CA010836.

Matthew Struble of Struble, P.A., Indialantic, for appellants.

Kevin D. Franz of Boyd & Jenerette, PA, Miami, and Nicholas R. Consalvo of Boyd & Jenerette, PA, Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, FORST and ARTAU, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***